# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

CURTIS REMALEY,

*On behalf of himself and others similarly situated,*

Plaintiff,

v.

HUNGRY HOWIE PIZZA & SUBS, INC. and HH PIZZA MANAGEMENT, INC.,

Defendants.

Case No. 2:22-12056
Hon. Denise Page Hood
Magistrate Jonathan J.C. Grey

## AFFIDAVIT OF MOVSES SHRIKIAN

STATE OF MICHIGAN    )
                     )§
COUNTY OF OAKLAND    )

I, Movses Shrikian, being first duly sworn, do affirm and state as follows:

1. I have personal knowledge of the facts contained herein and am competent to testify thereto.

2. I am the Vice President and General Counsel of Hungry Howie's Pizza & Subs, Inc., a Michigan corporation ("Hungry Howie's").

3. I am an employee of Hungry Howie's and have represented Hungry Howie's in its corporate legal matters for over 10 years.

4. I am licensed to practice law in Michigan and Pennsylvania (out of state/inactive status).

5. I do not represent defendant HH Pizza Management, Inc., a Florida corporation or H.H. Pizza, Inc., a Florida corporation (a non-party to this action referred to below).

6. I am familiar with the books and records of Hungry Howie's to the extent necessary to make the factual statements in this Affidavit.

7. Hungry Howie's is the owner of several federally registered trademarks including Hungry Howie's® and its related marks (the "Marks").

8. Hungry Howie's is a franchisor (out-side the State of Florida) of restaurants specializing in the sale of pizza, submarine sandwiches, and related food products; all of which all are independently owned and operated.

9. Hungry Howie's <u>does not</u> franchise any restaurants or have operations in the State of Florida.

10. Hungry Howie's branded restaurants in the State of Florida using the Marks are franchised exclusively by H.H. Pizza, Inc.

11. H.H. Pizza, Inc. has a license agreement with Hungry Howie's for the exclusive rights to use the Marks in the State of Florida.

12. H.H. Pizza, Inc. is free to set its own system standards and specifications, subject to such license agreement.

13. H.H. Pizza, Inc. is responsible for all franchisor obligations with respect to its franchisees located in the State of Florida.

14. H.H. Pizza, Inc. collects all franchise fees and royalties from its franchisees located in the State of Florida.

15. Florida franchisees have no direct pre-sale or post-sale obligations to Hungry Howie's.

16. Hungry Howie's has never employed Plaintiff Curtis Remaley ("Remaley").

17. Hungry Howie's has not and does not have the authority (by itself or in concert with any other person or entity) to hire, fire, control work schedules, conditions of employment, determine pay rates, amounts or methods of driver or other reimbursements, or maintain employment records for any Florida franchise employees including the Plaintiff Curtis Remaley or H.H. Pizza, Inc.

FURTHER AFFIANT SAYETH NAUGHT.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Movses J. Shrikian

Subscribed and sworn to before me on this 30th day of September 2022.

_____
Sarah Beaudry
Notary Public
Oakland County, Michigan
My Commission Expires: 7/19/2023

Sarah Beaudry
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF OAKLAND
My Commission Expires July 15, 2023
Acting in the County of Oakland

03682970 v1