UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Curtis Remaley,

*On behalf of himself and others similarly situated,*

    Plaintiff,

v.

Hungry Howie Pizza & Subs, Inc. and
HH Pizza Management, Inc.,

    Defendants.

Case No. 22-cv-12056

Hon. Denise Page Hood

Magistrate Judge Jonathan J.C. Grey

_____/

## APPEARANCE OF COUNSEL

Thomas J. Davis of Kienbaum Hardy Viviano Pelton & Forrest, P.L.C., hereby enters his appearance on behalf of Defendant HHPizza Management, Inc. in the above-captioned matter.

    KIENBAUM HARDY VIVIANO
    PELTON & FORREST, P.L.C.

    By: */s/Thomas J. Davis*
        Eric J. Pelton (P40635)
        Thomas J. Davis (P78626)
    Attorneys for Defendant
    HHPizza Management, Inc.
    280 N. Old Woodward Avenue, Suite 400
    Birmingham, Michigan 48009
    (248) 645-0000
    epelton@khvpf.com

Dated: October 13, 2022    tdavis@khvpf.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2022, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to upon all ECF participants.

/s/Thomas J. Davis
Thomas J. Davis (P78626)
Kienbaum Hardy
Viviano Pelton & Forrest, P.L.C.
280 N. Old Woodward Ave., Ste. 400
Birmingham, Michigan 48009
(248) 645-0000
tdavis@khvpf.com

462060