UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Curtis Remaley,

*On behalf of himself and others similarly situated,*

    Plaintiff,

v.

Hungry Howie Pizza & Subs, Inc. and
HH Pizza Management, Inc.,

    Defendants.

Case No. 22-cv-12056

Hon. Denise Page Hood

Magistrate Judge Jonathan J.C. Grey

_____/

## STIPULATED ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

Pursuant to the stipulation of counsel for Plaintiff Curtis Remaley and Defendant HHPizza Management, Inc.,[1] Defendant HHPizza Management may have additional time to file an answer or otherwise respond to Plaintiff's complaint. Good cause exists for this extension as Defendant's counsel have only recently been retained. Moreover, Defendant's counsel and Plaintiff's counsel have agreed to exchange documentation that might eliminate the need for certain motions practice related to the Complaint.

Therefore, **IT IS HEREBY ORDERED** that for good cause shown, the deadline for Defendant HHPizza Management to answer or otherwise respond to

---

[1] This is the correct spelling of the Defendant's name.

Plaintiff's Complaint is now October 28, 2022.

    **IT IS SO ORDERED.**

                                            s/Denise Page Hood  
                                            United States District Judge

Dated: October 14, 2022

The above order is stipulated as to form and content:

| | |
|---|---|
| SIMON LAW CO. | KIENBUM HARDY HARDY VIVIANO PELTON & FORREST, P.L.C. |
| By: /s/*James L. Simon* (with permission)<br>     James L. Simon<br>Attorneys for Plaintiff<br>5000 Rockside Rd.<br>Liberty Plaza – Suite 520<br>Independence OH<br>(216) 525-8890<br>james@simonsayspay.com | By:     /s/*Thomas J. Davis*<br><br>   Eric J. Pelton (P40635)<br>   Thomas J. Davis (P78626)<br>280 N. Old Woodward Ave.<br>Ste. 400<br>Birmingham, MI 48009<br>(248) 645-0000<br>epelton@khvpf.com<br>tdavis@khvpf.com<br><br>*Attorneys for Defendant HHPizza Management, Inc.* |
| THE LAW OFFICE<br>OF MICHAEL L. FRADIN<br><br>By: /s/*Michael L. Fradin* (with permission)<br>     Michael L. Fradin<br>8401 Crawford Ave., Ste. 104<br>Skokie, IL  60076<br>(847) 644-3425<br>mike@fraidinlaw<br><br>*Counsel for Plaintiff* | |

462022