**EXHIBIT 3**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CURTIS REMALEY,

     Plaintiff,                  Case No. 22-cv-12056

v.                          Honorable Denise Page Hood

HUNGRY HOWIE PIZZA & SUBS, INC.  Magistrate Judge Jonathan J.C. Grey
and HH PIZZA MANAGEMENT, INC.,

     Defendants.

---

### DECLARATION OF KIMBERLY MCCOY KELLEY

1.   I make this declaration based on personal knowledge of the facts stated herein, and I am able to so testify under oath if called upon to do so.

2.   My name is Kimberly McCoy Kelley. I am an employee of Defendant HHPizza Management, Inc. ("HHPizza"). HHPizza, among other things, performs payroll services for Dizo, Inc. ("Dizo"), including creating and maintaining Dizo payroll records. I am familiar with HHPizza's and Dizo's records and recordkeeping practices.

3.   Attached as Exhibit A to this declaration are payroll records for Dizo employee Curtis Remaley. The records were (1) made at or near the time by – or from information transmitted by – someone with knowledge; (2) kept in

the course of HHPizza's regularly conducted activity; and (3) made as a regular practice of HHPizza's business activity.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 26, 2022

Kimberly McCoy Kelley

# EXHIBIT A

**To**

## Declaration of Kimberly McCoy Kelley

Payroll Register Detail Only
DIZO, INC.

Pay Dates from 09/13/2011 to 09/13/2022 − Sorted by Employee Name

---

| REMALEY, CURTIS L | | Net Amt:  341.99 | | DD Amt: 0.00 | | Check Amt:  341.99 | Voucher: 000124 | | Check Dt: 07/09/2021 |
| Emp ID : B05041 | Dept : (None) | | | EE Number: | | Check No: 131815 | | | Period: 06/20/2021−07/03/2021 |

| Pay Type | Hours/Units | Rate | Pay | YTD Hrs | YTD Pay | Taxes | Curr Tax | YTD Tax | Deductions | Curr EE | YTD EE | Curr ER | YTD ER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 59.07 | 7.0000 | 413.49 | 59.07 | 413.49 | FEDERAL INCO | 19.59 | 19.59 | | | | | |
| TIPS REPORTED | 1.00 | 265.0800 | 265.08 | 1.00 | 265.08 | FICA − MEDIC | 9.84 | 9.84 | | | | | |
| | | | | | | FICA − OASDI | 42.07 | 42.07 | | | | | |
| **Total Pay** | 60.07 | | 678.57 | 60.07 | 678.57 | **Total Taxes** | 71.50 | 71.50 | **Total Deds** | | | | |

---

| REMALEY, CURTIS L | | Net Amt:  386.06 | | DD Amt: 386.06 | | Check Amt:  0.00 | Voucher: 000210 | | Check Dt: 07/23/2021 |
| Emp ID : B05041 | Dept : (None) | | | EE Number: | | Check No: 218974 | | | Period: 07/04/2021−07/17/2021 |

| Pay Type | Hours/Units | Rate | Pay | YTD Hrs | YTD Pay | Taxes | Curr Tax | YTD Tax | Deductions | Curr EE | YTD EE | Curr ER | YTD ER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 68.98 | 7.0000 | 482.86 | 128.05 | 896.35 | FEDERAL INCO | 33.92 | 53.51 | | | | | |
| TIPS REPORTED | 1.00 | 339.0600 | 339.06 | 2.00 | 604.14 | FICA − MEDIC | 11.92 | 21.76 | | | | | |
| | | | | | | FICA − OASDI | 50.96 | 93.03 | | | | | |
| **Total Pay** | 69.98 | | 821.92 | 130.05 | 1,500.49 | **Total Taxes** | 96.80 | 168.30 | **Total Deds** | | | | |

---

| REMALEY, CURTIS L | | Net Amt:  346.32 | | DD Amt: 346.32 | | Check Amt:  0.00 | Voucher: 000256 | | Check Dt: 08/06/2021 |
| Emp ID : B05041 | Dept : (None) | | | EE Number: | | Check No: 221479 | | | Period: 07/18/2021−07/31/2021 |

| Pay Type | Hours/Units | Rate | Pay | YTD Hrs | YTD Pay | Taxes | Curr Tax | YTD Tax | Deductions | Curr EE | YTD EE | Curr ER | YTD ER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 60.35 | 7.0000 | 422.45 | 188.40 | 1,318.80 | FEDERAL INCO | 22.21 | 75.72 | | | | | |
| TIPS REPORTED | 1.00 | 282.3300 | 282.33 | 3.00 | 886.47 | FICA − MEDIC | 10.22 | 31.98 | | | | | |
| | | | | | | FICA − OASDI | 43.70 | 136.73 | | | | | |
| **Total Pay** | 61.35 | | 704.78 | 191.40 | 2,205.27 | **Total Taxes** | 76.13 | 244.43 | **Total Deds** | | | | |



Payroll Register Detail Only
DIZO, INC.

Pay Dates from 09/13/2011 to 09/13/2022 – Sorted by Employee Name

---

| REMALEY, CURTIS L | | | Net Amt: 350.33 | | DD Amt: 350.33 | | Check Amt: 0.00 | Voucher: 000280 | Check Dt: 08/20/2021 |
|---|---|---|---|---|---|---|---|---|---|
| Emp ID: B05041 | Dept : (None) | | | | EE Number: | | Check No: 224220 | | Period: 08/01/2021–08/14/2021 |

| Pay Type | Hours/Units | Rate | Pay | YTD Hrs | YTD Pay | Taxes | Curr Tax | YTD Tax | Deductions | Curr EE | YTD EE | Curr ER | YTD ER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 63.37 | 7.0000 | 443.59 | 251.77 | 1,762.39 | FEDERAL INCO | 31.92 | 107.64 | | | | | |
| TIPS REPORTED | 1.00 | 358.3300 | 358.33 | 4.00 | 1,244.80 | FICA – MEDIC | 11.62 | 43.60 | | | | | |
| | | | | | | FICA – OASDI | 49.72 | 186.45 | | | | | |
| Total Pay | 64.37 | | 801.92 | 255.77 | 3,007.19 | Total Taxes | 93.26 | 337.69 | Total Deds | | | | |

---

| REMALEY, CURTIS L | | | Net Amt: 224.12 | | DD Amt: 224.12 | | Check Amt: 0.00 | Voucher: 000307 | Check Dt: 09/03/2021 |
|---|---|---|---|---|---|---|---|---|---|
| Emp ID: B05041 | Dept : (None) | | | | EE Number: | | Check No: 226148 | | Period: 08/15/2021–08/28/2021 |

| Pay Type | Hours/Units | Rate | Pay | YTD Hrs | YTD Pay | Taxes | Curr Tax | YTD Tax | Deductions | Curr EE | YTD EE | Curr ER | YTD ER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 36.49 | 7.0000 | 255.43 | 288.26 | 2,017.82 | FEDERAL INCO | 0.00 | 107.64 | | | | | |
| TIPS REPORTED | 1.00 | 153.8000 | 153.80 | 5.00 | 1,398.60 | FICA – MEDIC | 5.94 | 49.54 | | | | | |
| | | | | | | FICA – OASDI | 25.37 | 211.82 | | | | | |
| Total Pay | 37.49 | | 409.23 | 293.26 | 3,416.42 | Total Taxes | 31.31 | 369.00 | Total Deds | | | | |

---

| REMALEY, CURTIS L | | | Net Amt: 304.26 | | DD Amt: 304.26 | | Check Amt: 0.00 | Voucher: 000388 | Check Dt: 09/17/2021 |
|---|---|---|---|---|---|---|---|---|---|
| Emp ID: B05041 | Dept : (None) | | | | EE Number: | | Check No: 228687 | | Period: 08/29/2021–09/11/2021 |

| Pay Type | Hours/Units | Rate | Pay | YTD Hrs | YTD Pay | Taxes | Curr Tax | YTD Tax | Deductions | Curr EE | YTD EE | Curr ER | YTD ER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 51.91 | 7.0000 | 363.37 | 340.17 | 2,381.19 | FEDERAL INCO | 12.57 | 120.21 | | | | | |
| TIPS REPORTED | 1.00 | 245.0700 | 245.07 | 6.00 | 1,643.67 | FICA – MEDIC | 8.82 | 58.36 | | | | | |
| | | | | | | FICA – OASDI | 37.72 | 249.54 | | | | | |
| Total Pay | 52.91 | | 608.44 | 346.17 | 4,024.86 | Total Taxes | 59.11 | 428.11 | Total Deds | | | | |



Payroll Register Detail Only
DIZO, INC.

Pay Dates from 09/13/2011 to 09/13/2022 – Sorted by Employee Name

| REMALEY, CURTIS L | | | Net Amt: 356.52 | | DD Amt: 356.52 | | Check Amt: 0.00 | | Voucher: 000440 | | Check Dt: 10/01/2021 |
| Emp ID: B05041 | | Dept : (None) | | | | EE Number: | | | Check No: 231298 | | Period: 09/12/2021–09/25/2021 |

| Pay Type | Hours/Units | Rate | Pay | YTD Hrs | YTD Pay | Taxes | Curr Tax | YTD Tax | Deductions | Curr EE | YTD EE | Curr ER | YTD ER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 60.58 | 7.0000 | 424.06 | 400.75 | 2,805.25 | FEDERAL INCO | 17.35 | 137.56 | | | | | |
| TIPS REPORTED | 1.00 | 232.0900 | 232.09 | 7.00 | 1,875.76 | FICA – MEDIC | 9.51 | 67.87 | | | | | |
| | | | | | | FICA – OASDI | 40.68 | 290.22 | | | | | |
| **Total Pay** | 61.58 | | 656.15 | 407.75 | 4,681.01 | **Total Taxes** | 67.54 | 495.65 | **Total Deds** | | | | |

| REMALEY, CURTIS L | | | Net Amt: 341.49 | | DD Amt: 341.49 | | Check Amt: 0.00 | | Voucher: 000523 | | Check Dt: 10/15/2021 |
| Emp ID: B05041 | | Dept : (None) | | | | EE Number: | | | Check No: 233864 | | Period: 09/26/2021–10/09/2021 |

| Pay Type | Hours/Units | Rate | Pay | YTD Hrs | YTD Pay | Taxes | Curr Tax | YTD Tax | Deductions | Curr EE | YTD EE | Curr ER | YTD ER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 57.58 | 7.0000 | 403.06 | 458.33 | 3,208.31 | FEDERAL INCO | 13.96 | 151.52 | | | | | |
| TIPS REPORTED | 1.00 | 219.2100 | 219.21 | 8.00 | 2,094.97 | FICA – MEDIC | 9.03 | 76.90 | | | | | |
| | | | | | | FICA – OASDI | 38.58 | 328.80 | | | | | |
| **Total Pay** | 58.58 | | 622.27 | 466.33 | 5,303.28 | **Total Taxes** | 61.57 | 557.22 | **Total Deds** | | | | |

| REMALEY, CURTIS L | | | Net Amt: 270.02 | | DD Amt: 270.02 | | Check Amt: 0.00 | | Voucher: 000653 | | Check Dt: 10/29/2021 |
| Emp ID: B05041 | | Dept : (None) | | | | EE Number: | | | Check No: 237057 | | Period: 10/10/2021–10/23/2021 |

| Pay Type | Hours/Units | Rate | Pay | YTD Hrs | YTD Pay | Taxes | Curr Tax | YTD Tax | Deductions | Curr EE | YTD EE | Curr ER | YTD ER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 44.22 | 7.0000 | 309.54 | 502.55 | 3,517.85 | FEDERAL INCO | 1.47 | 152.99 | | | | | |
| TIPS REPORTED | 1.00 | 187.8100 | 187.81 | 9.00 | 2,282.78 | FICA – MEDIC | 7.21 | 84.11 | | | | | |
| | | | | | | FICA – OASDI | 30.84 | 359.64 | | | | | |
| **Total Pay** | 45.22 | | 497.35 | 511.55 | 5,800.63 | **Total Taxes** | 39.52 | 596.74 | **Total Deds** | | | | |



Payroll Register Detail Only
DIZO, INC.

Pay Dates from 09/13/2011 to 09/13/2022 – Sorted by Employee Name

| REMALEY, CURTIS L | | | Net Amt: | 272.82 | DD Amt: 272.82 | | Check Amt: | 0.00 | Voucher: 000689 | | Check Dt: 11/12/2021 |
| Emp ID: B05041 | | Dept : (None) | | | EE Number: | | | Check No: 239572 | | | Period: 10/24/2021–11/06/2021 |

| Pay Type | Hours/Units | Rate | Pay | YTD Hrs | YTD Pay | Taxes | Curr Tax | YTD Tax | Deductions | Curr EE | YTD EE | Curr ER | YTD ER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 48.71 | 7.0000 | 340.97 | 551.26 | 3,858.82 | FEDERAL INCO | 17.69 | 170.68 | | | | | |
| TIPS REPORTEC | 1.00 | 318.6500 | 318.65 | 10.00 | 2,601.43 | FICA – MEDIC | 9.56 | 93.67 | | | | | |
| | | | | | | FICA – OASDI | 40.90 | 400.54 | | | | | |
| Total Pay | 49.71 | | 659.62 | 561.26 | 6,460.25 | Total Taxes | 68.15 | 664.89 | Total Deds | | | | |

| REMALEY, CURTIS L | | | Net Amt: | 277.27 | DD Amt: 277.27 | | Check Amt: | 0.00 | Voucher: 000801 | | Check Dt: 11/26/2021 |
| Emp ID: B05041 | | Dept : (None) | | | EE Number: | | | Check No: 242306 | | | Period: 11/07/2021–11/20/2021 |

| Pay Type | Hours/Units | Rate | Pay | YTD Hrs | YTD Pay | Taxes | Curr Tax | YTD Tax | Deductions | Curr EE | YTD EE | Curr ER | YTD ER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 48.13 | 7.0000 | 336.91 | 599.39 | 4,195.73 | FEDERAL INCO | 12.87 | 183.55 | | | | | |
| TIPS REPORTEC | 1.00 | 274.4500 | 274.45 | 11.00 | 2,875.88 | FICA – MEDIC | 8.87 | 102.54 | | | | | |
| | | | | | | FICA – OASDI | 37.90 | 438.44 | | | | | |
| Total Pay | 49.13 | | 611.36 | 610.39 | 7,071.61 | Total Taxes | 59.64 | 724.53 | Total Deds | | | | |

| REMALEY, CURTIS L | | | Net Amt: | 272.53 | DD Amt: 272.53 | | Check Amt: | 0.00 | Voucher: 000929 | | Check Dt: 12/10/2021 |
| Emp ID: B05041 | | Dept : (None) | | | EE Number: | | | Check No: 245022 | | | Period: 11/21/2021–12/04/2021 |

| Pay Type | Hours/Units | Rate | Pay | YTD Hrs | YTD Pay | Taxes | Curr Tax | YTD Tax | Deductions | Curr EE | YTD EE | Curr ER | YTD ER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 45.45 | 7.0000 | 318.15 | 644.84 | 4,513.88 | FEDERAL INCO | 4.93 | 188.48 | | | | | |
| TIPS REPORTEC | 1.00 | 213.8400 | 213.84 | 12.00 | 3,089.72 | FICA – MEDIC | 7.71 | 110.25 | | | | | |
| | | | | | | FICA – OASDI | 32.98 | 471.42 | | | | | |
| Total Pay | 46.45 | | 531.99 | 656.84 | 7,603.60 | Total Taxes | 45.62 | 770.15 | Total Deds | | | | |



Payroll Register Detail Only
DIZO, INC.

Pay Dates from 09/13/2011 to 09/13/2022 – Sorted by Employee Name

| REMALEY, CURTIS L | | | Net Amt:  218.93 | | DD Amt:  218.93 | | Check Amt:  0.00 | | Voucher: 001025 | | Check Dt: 12/24/2021 |
| Emp ID: B05041 | Dept : (None) | | | | | EE Number: | | Check No: 248144 | | | Period: 12/05/2021–12/18/2021 |

| Pay Type | Hours/Units | Rate | Pay | YTD Hrs | YTD Pay | Taxes | Curr Tax | YTD Tax | Deductions | Curr EE | YTD EE | Curr ER | YTD ER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 35.95 | 7.0000 | 251.65 | 680.79 | 4,765.53 | FEDERAL INCC | 0.00 | 188.48 | | | | | |
| TIPS REPORTEC | 1.00 | 175.9900 | 175.99 | 13.00 | 3,265.71 | FICA – MEDIC | 6.20 | 116.45 | | | | | |
| | | | | | | FICA – OASDI | 26.52 | 497.94 | | | | | |
| Total Pay | 36.95 | | 427.64 | 693.79 | 8,031.24 | Total Taxes | 32.72 | 802.87 | Total Deds | | | | |

| REMALEY, CURTIS L | | | Net Amt:  198.30 | | DD Amt:  198.30 | | Check Amt:  0.00 | | Voucher: 001133 | | Check Dt: 01/07/2022 |
| Emp ID: B05041 | Dept : (None) | | | | | EE Number: | | Check No: 250863 | | | Period: 12/19/2021–01/01/2022 |

| Pay Type | Hours/Units | Rate | Pay | YTD Hrs | YTD Pay | Taxes | Curr Tax | YTD Tax | Deductions | Curr EE | YTD EE | Curr ER | YTD ER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 32.67 | 7.0000 | 228.69 | 32.67 | 228.69 | FEDERAL INCC | 0.00 | 0.00 | | | | | |
| TIPS REPORTEC | 1.00 | 168.6400 | 168.64 | 1.00 | 168.64 | FICA – MEDIC | 5.76 | 5.76 | | | | | |
| | | | | | | FICA – OASDI | 24.63 | 24.63 | | | | | |
| Total Pay | 33.67 | | 397.33 | 33.67 | 397.33 | Total Taxes | 30.39 | 30.39 | Total Deds | | | | |

| REMALEY, CURTIS L | | | Net Amt:  281.39 | | DD Amt:  281.39 | | Check Amt:  0.00 | | Voucher: 001276 | | Check Dt: 01/21/2022 |
| Emp ID: B05041 | Dept : (None) | | | | | EE Number: | | Check No: 253571 | | | Period: 01/02/2022–01/15/2022 |

| Pay Type | Hours/Units | Rate | Pay | YTD Hrs | YTD Pay | Taxes | Curr Tax | YTD Tax | Deductions | Curr EE | YTD EE | Curr ER | YTD ER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 47.33 | 7.0000 | 331.31 | 80.00 | 560.00 | FEDERAL INCC | 6.69 | 6.69 | | | | | |
| TIPS REPORTEC | 1.00 | 233.7000 | 233.70 | 2.00 | 402.34 | FICA – MEDIC | 8.19 | 13.95 | | | | | |
| | | | | | | FICA – OASDI | 35.04 | 59.67 | | | | | |
| Total Pay | 48.33 | | 565.01 | 82.00 | 962.34 | Total Taxes | 49.92 | 80.31 | Total Deds | | | | |



Payroll Register Detail Only
DIZO, INC.

Pay Dates from 09/13/2011 to 09/13/2022 – Sorted by Employee Name

---

| REMALEY, CURTIS L | | | Net Amt: 81.58 | | DD Amt: 81.58 | | Check Amt: 0.00 | Voucher: 001341 | | Check Dt: 02/04/2022 |
|---|---|---|---|---|---|---|---|---|---|---|
| Emp ID: B05041 | Dept : (None) | | | | EE Number: | | | Check No: 256179 | | Period: 01/16/2022–01/29/2022 |

| Pay Type | Hours/Units | Rate | Pay | YTD Hrs | YTD Pay | Taxes | Curr Tax | YTD Tax | Deductions | Curr EE | YTD EE | Curr ER | YTD ER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 13.36 | 7.0000 | 93.52 | 93.36 | 653.52 | FEDERAL INCO | 0.00 | 6.69 | | | | | |
| TIPS REPORTED | 1.00 | 62.5900 | 62.59 | 3.00 | 464.93 | FICA – MEDIC | 2.27 | 16.22 | | | | | |
| | | | | | | FICA – OASDI | 9.67 | 69.34 | | | | | |
| Total Pay | 14.36 | | 156.11 | 96.36 | 1,118.45 | Total Taxes | 11.94 | 92.25 | Total Deds | | | | |

---

| REMALEY, CURTIS L | | | Net Amt: 272.77 | | DD Amt: 272.77 | | Check Amt: 0.00 | Voucher: 001371 | | Check Dt: 02/18/2022 |
|---|---|---|---|---|---|---|---|---|---|---|
| Emp ID: B05041 | Dept : (None) | | | | EE Number: | | | Check No: 258873 | | Period: 01/30/2022–02/12/2022 |

| Pay Type | Hours/Units | Rate | Pay | YTD Hrs | YTD Pay | Taxes | Curr Tax | YTD Tax | Deductions | Curr EE | YTD EE | Curr ER | YTD ER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 43.89 | 7.0000 | 307.23 | 137.25 | 960.75 | FEDERAL INCO | 0.00 | 6.69 | | | | | |
| TIPS REPORTED | 1.00 | 143.1400 | 143.14 | 4.00 | 608.07 | FICA – MEDIC | 6.53 | 22.75 | | | | | |
| | | | | | | FICA – OASDI | 27.93 | 97.27 | | | | | |
| Total Pay | 44.89 | | 450.37 | 141.25 | 1,568.82 | Total Taxes | 34.46 | 126.71 | Total Deds | | | | |

---

| REMALEY, CURTIS L | | | Net Amt: 232.12 | | DD Amt: 232.12 | | Check Amt: 0.00 | Voucher: 001482 | | Check Dt: 03/04/2022 |
|---|---|---|---|---|---|---|---|---|---|---|
| Emp ID: B05041 | Dept : (None) | | | | EE Number: | | | Check No: 261447 | | Period: 02/13/2022–02/26/2022 |

| Pay Type | Hours/Units | Rate | Pay | YTD Hrs | YTD Pay | Taxes | Curr Tax | YTD Tax | Deductions | Curr EE | YTD EE | Curr ER | YTD ER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 37.63 | 7.0000 | 263.41 | 174.88 | 1,224.16 | FEDERAL INCO | 0.00 | 6.69 | | | | | |
| TIPS REPORTED | 1.00 | 145.7400 | 145.74 | 5.00 | 753.81 | FICA – MEDIC | 5.93 | 28.68 | | | | | |
| | | | | | | FICA – OASDI | 25.36 | 122.63 | | | | | |
| Total Pay | 38.63 | | 409.15 | 179.88 | 1,977.97 | Total Taxes | 31.29 | 158.00 | Total Deds | | | | |



Payroll Register Detail Only
DIZO, INC.

Pay Dates from 09/13/2011 to 09/13/2022 – Sorted by Employee Name

| REMALEY, CURTIS L | | | Net Amt: 83.59 | | DD Amt: 83.59 | | Check Amt: 0.00 | | Voucher: 001558 | | Check Dt: 03/18/2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Emp ID: B05041 | Dept : (None) | | | | EE Number: | | | Check No: 264208 | | | Period: 02/27/2022–03/12/2022 |

| Pay Type | Hours/Units | Rate | Pay | YTD Hrs | YTD Pay | Taxes | Curr Tax | YTD Tax | Deductions | Curr EE | YTD EE | Curr ER | YTD ER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 14.15 | 7.0000 | 99.05 | 189.03 | 1,323.21 | FEDERAL INCO | 0.00 | 6.69 | | | | | |
| TIPS REPORTED | 1.00 | 103.0500 | 103.05 | 6.00 | 856.86 | FICA – MEDIC | 2.93 | 31.61 | | | | | |
| | | | | | | FICA – OASDI | 12.53 | 135.16 | | | | | |
| **Total Pay** | 15.15 | | 202.10 | 195.03 | 2,180.07 | **Total Taxes** | 15.46 | 173.46 | **Total Deds** | | | | |

| REMALEY, CURTIS L | | | Net Amt: 33.83 | | DD Amt: 33.83 | | Check Amt: 0.00 | | Voucher: 001639 | | Check Dt: 04/01/2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Emp ID: B05041 | Dept : (None) | | | | EE Number: | | | Check No: 266903 | | | Period: 03/13/2022–03/26/2022 |

| Pay Type | Hours/Units | Rate | Pay | YTD Hrs | YTD Pay | Taxes | Curr Tax | YTD Tax | Deductions | Curr EE | YTD EE | Curr ER | YTD ER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 5.67 | 7.0000 | 39.69 | 194.70 | 1,362.90 | FEDERAL INCO | 0.00 | 6.69 | | | | | |
| TIPS REPORTED | 1.00 | 36.9300 | 36.93 | 7.00 | 893.79 | FICA – MEDIC | 1.11 | 32.72 | | | | | |
| | | | | | | FICA – OASDI | 4.75 | 139.91 | | | | | |
| **Total Pay** | 6.67 | | 76.62 | 201.70 | 2,256.69 | **Total Taxes** | 5.86 | 179.32 | **Total Deds** | | | | |

| REMALEY, CURTIS L | | | Net Amt: 133.48 | | DD Amt: 133.48 | | Check Amt: 0.00 | | Voucher: 001771 | | Check Dt: 04/15/2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Emp ID: B05041 | Dept : (None) | | | | EE Number: | | | Check No: 269691 | | | Period: 03/27/2022–04/09/2022 |

| Pay Type | Hours/Units | Rate | Pay | YTD Hrs | YTD Pay | Taxes | Curr Tax | YTD Tax | Deductions | Curr EE | YTD EE | Curr ER | YTD ER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 22.28 | 7.0000 | 155.96 | 216.98 | 1,518.86 | FEDERAL INCO | 0.00 | 6.69 | | | | | |
| TIPS REPORTED | 1.00 | 137.7900 | 137.79 | 8.00 | 1,031.58 | FICA – MEDIC | 4.26 | 36.98 | | | | | |
| | | | | | | FICA – OASDI | 18.22 | 158.13 | | | | | |
| **Total Pay** | 23.28 | | 293.75 | 224.98 | 2,550.44 | **Total Taxes** | 22.48 | 201.80 | **Total Deds** | | | | |



Payroll Register Detail Only
DIZO, INC.

Pay Dates from 09/13/2011 to 09/13/2022 – Sorted by Employee Name

| REMALEY, CURTIS L | | | | Net Amt:  83.50 | | DD Amt:  83.50 | | Check Amt:  0.00 | | Voucher: 001853 | | Check Dt: 04/29/2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Emp ID : B05041 | | Dept : (None) | | | | EE Number: | | | Check No: 272404 | | | Period: 04/10/2022–04/23/2022 |

| Pay Type | Hours/Units | Rate | Pay | YTD Hrs | YTD Pay | Taxes | Curr Tax | YTD Tax | Deductions | Curr EE | YTD EE | Curr ER | YTD ER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 13.83 | 7.0000 | 96.81 | 230.81 | 1,615.67 | FEDERAL INC | 0.00 | 6.69 | | | | | |
| TIPS REPORTED | 1.00 | 77.2000 | 77.20 | 9.00 | 1,108.78 | FICA – MEDI | 2.52 | 39.50 | | | | | |
| | | | | | | FICA – OASDI | 10.79 | 168.92 | | | | | |
| **Total Pay** | 14.83 | | 174.01 | 239.81 | 2,724.45 | **Total Taxes** | 13.31 | 215.11 | **Total Deds** | | | | |

| REMALEY, CURTIS L | | | | Net Amt:  0.00 | | DD Amt:  0.00 | | Check Amt:  0.00 | | Voucher: 001917 | | Check Dt: 05/13/2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Emp ID : B05041 | | Dept : (None) | | | | EE Number: | | | Check No: | | | Period: 04/24/2022–05/07/2022 |

| Pay Type | Hours/Units | Rate | Pay | YTD Hrs | YTD Pay | Taxes | Curr Tax | YTD Tax | Deductions | Curr EE | YTD EE | Curr ER | YTD ER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 0.00 | | 0.00 | 230.81 | 1,615.67 | FEDERAL INC | 0.00 | 6.69 | | | | | |
| TIPS REPORTED | 0.00 | | 0.00 | 9.00 | 1,108.78 | FICA – MEDI | 0.00 | 39.50 | | | | | |
| | | | | | | FICA – OASDI | 0.00 | 168.92 | | | | | |
| **Total Pay** | 0.00 | | 0.00 | 239.81 | 2,724.45 | **Total Taxes** | 0.00 | 215.11 | **Total Deds** | | | | |

| REMALEY, CURTIS L | | | | Net Amt:  0.00 | | DD Amt:  0.00 | | Check Amt:  0.00 | | Voucher: 002031 | | Check Dt: 05/27/2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Emp ID : B05041 | | Dept : (None) | | | | EE Number: | | | Check No: | | | Period: 05/08/2022–05/21/2022 |

| Pay Type | Hours/Units | Rate | Pay | YTD Hrs | YTD Pay | Taxes | Curr Tax | YTD Tax | Deductions | Curr EE | YTD EE | Curr ER | YTD ER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 0.00 | | 0.00 | 230.81 | 1,615.67 | FEDERAL INC | 0.00 | 6.69 | | | | | |
| TIPS REPORTED | 0.00 | | 0.00 | 9.00 | 1,108.78 | FICA – MEDI | 0.00 | 39.50 | | | | | |
| | | | | | | FICA – OASDI | 0.00 | 168.92 | | | | | |
| **Total Pay** | 0.00 | | 0.00 | 239.81 | 2,724.45 | **Total Taxes** | 0.00 | 215.11 | **Total Deds** | | | | |



Payroll Register Detail Only
DIZO, INC.

Pay Dates from 09/13/2011 to 09/13/2022 – Sorted by Employee Name

| REMALEY, CURTIS L | | | Net Amt: 0.00 | | DD Amt: 0.00 | Check Amt: 0.00 | Voucher: 002085 | Check Dt: 06/10/2022 |
| Emp ID : B05041 | Dept : (None) | | | | EE Number: | Check No: | | Period: 05/22/2022–06/04/2022 |

| Pay Type | Hours/Units | Rate | Pay | YTD Hrs | YTD Pay | Taxes | Curr Tax | YTD Tax | Deductions | Curr EE | YTD EE | Curr ER | YTD ER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 0.00 | | 0.00 | 230.81 | 1,615.67 | FEDERAL INCO | 0.00 | 6.69 | | | | | |
| TIPS REPORTED | 0.00 | | 0.00 | 9.00 | 1,108.78 | FICA – MEDIC | 0.00 | 39.50 | | | | | |
| | | | | | | FICA – OASDI | 0.00 | 168.92 | | | | | |
| **Total Pay** | 0.00 | | 0.00 | 239.81 | 2,724.45 | **Total Taxes** | 0.00 | 215.11 | **Total Deds** | | | | |

| REMALEY, CURTIS L | | | Net Amt: 0.00 | | DD Amt: 0.00 | Check Amt: 0.00 | Voucher: 002143 | Check Dt: 06/24/2022 |
| Emp ID : B05041 | Dept : (None) | | | | EE Number: | Check No: | | Period: 06/05/2022–06/18/2022 |

| Pay Type | Hours/Units | Rate | Pay | YTD Hrs | YTD Pay | Taxes | Curr Tax | YTD Tax | Deductions | Curr EE | YTD EE | Curr ER | YTD ER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 0.00 | | 0.00 | 230.81 | 1,615.67 | FEDERAL INCO | 0.00 | 6.69 | | | | | |
| TIPS REPORTED | 0.00 | | 0.00 | 9.00 | 1,108.78 | FICA – MEDIC | 0.00 | 39.50 | | | | | |
| | | | | | | FICA – OASDI | 0.00 | 168.92 | | | | | |
| **Total Pay** | 0.00 | | 0.00 | 239.81 | 2,724.45 | **Total Taxes** | 0.00 | 215.11 | **Total Deds** | | | | |

| REMALEY, CURTIS L | | | Net Amt: 0.00 | | DD Amt: 0.00 | Check Amt: 0.00 | Voucher: 002367 | Check Dt: 07/08/2022 |
| Emp ID : B05041 | Dept : (None) | | | | EE Number: | Check No: | | Period: 06/19/2022–07/02/2022 |

| Pay Type | Hours/Units | Rate | Pay | YTD Hrs | YTD Pay | Taxes | Curr Tax | YTD Tax | Deductions | Curr EE | YTD EE | Curr ER | YTD ER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 0.00 | | 0.00 | 230.81 | 1,615.67 | FEDERAL INCO | 0.00 | 6.69 | | | | | |
| TIPS REPORTED | 0.00 | | 0.00 | 9.00 | 1,108.78 | FICA – MEDIC | 0.00 | 39.50 | | | | | |
| | | | | | | FICA – OASDI | 0.00 | 168.92 | | | | | |
| **Total Pay** | 0.00 | | 0.00 | 239.81 | 2,724.45 | **Total Taxes** | 0.00 | 215.11 | **Total Deds** | | | | |



Payroll Register Detail Only
DIZO, INC.

Pay Dates from 09/13/2011 to 09/13/2022 − Sorted by Employee Name

| REMALEY, CURTIS L | Net Amt: 0.00 | DD Amt: 0.00 | Check Amt: 0.00 | Voucher: 002444 | Check Dt: 07/22/2022 |
| Emp ID : B05041  Dept : (None) | | EE Number: | Check No: | | Period: 07/03/2022−07/16/2022 |

| Pay Type | Hours/Units | Rate | Pay | YTD Hrs | YTD Pay | Taxes | Curr Tax | YTD Tax | Deductions | Curr EE | YTD EE | Curr ER | YTD ER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 0.00 | | 0.00 | 230.81 | 1,615.67 | FEDERAL INCO | 0.00 | 6.69 | | | | | |
| TIPS REPORTED | 0.00 | | 0.00 | 9.00 | 1,108.78 | FICA − MEDIC | 0.00 | 39.50 | | | | | |
| | | | | | | FICA − OASDI | 0.00 | 168.92 | | | | | |
| **Total Pay** | 0.00 | | 0.00 | 239.81 | 2,724.45 | **Total Taxes** | 0.00 | 215.11 | **Total Deds** | | | | |

| TOTALS FOR ALL EMPLOYEES | Net Amt: 5,363.22 | DD Amt: 5,021.23 | Check Amt: 341.99 |

| Pay Type | Hours/Units | Rate | Pay | YTD Hrs | YTD Pay | Taxes | Curr Tax | YTD Tax | Deductions | Curr EE | YTD EE | Curr ER | YTD ER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 911.60 | | 6,381.20 | 230.81 | 1,615.67 | FEDERAL INCO | 195.17 | 6.69 | | | | | |
| TIPS REPORTED | 22.00 | | 4,374.49 | 9.00 | 1,108.78 | FICA − MEDIC | 155.95 | 39.50 | | | | | |
| | | | | | | FICA − OASDI | 666.86 | 168.92 | | | | | |
| **Total Pay** | 933.60 | | 10,755.69 | 239.81 | 2,724.45 | **Total Taxes** | 1,017.98 | 215.11 | **Total Deds** | | | | |

Total Employee Count: 1