UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Curtis Remaley,

                Plaintiff(s),

v.                                          Case No. 2:22−cv−12056−DPH−JJCG
                                               Hon. Denise Page Hood

Hungry Howie Pizza & Subs,
Inc., et al.,

                Defendant(s),

## NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge Denise Page Hood at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.  Please report to Room 218.  The following motion(s) are scheduled for hearing:

      Motion – #15

- MOTION HEARING:  December 21, 2022 at 03:30 PM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                By: s/L. Saulsberry
                                                    Case Manager

Dated:  November 28, 2022